UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA A. YOUNG,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>               Defendant. | NO. 2:15-CV-00120-JLQ<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY |

     BEFORE THE COURT is Plaintiff's Motion to Substitute a Party (ECF No. 8) which seeks to substitute **United of** Omaha Life Insurance Company for **Mutual** Omaha Life Insurance Company. Plaintiff contends such substitution is required as United of Omaha Life Insurance Company issued the policy and is the real party in interest. Defendant has filed a Response (ECF No. 12) and does not oppose the Motion. Defendant has also filed an Answer (ECF No. 11) on behalf of United of Omaha Life Insurance Company.

     **IT IS HEREBY ORDERED**:

     The Motion to Substitute (ECF No. 8) is **GRANTED**.

     **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

     **DATED** this 16th day of June, 2015.

                              s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1