# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

REBECCA A. YOUNG,

    *Plaintiff*

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    *Defendant*

Civil Action No. 2:15-CV-00120-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Plaintiff, Rebecca A. Young, recover from the Defendant, United of Omaha Life Insurance Company, the amount of $105,490.87.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush
    on briefing following the Court granting Plaintiff's Motion for Judgment on the Record (ECF No. 33).

Date: May 12, 2016

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Lennie Rasmussen*
    *(By) Deputy Clerk*

Lennie Rasmussen